# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# EL DORADO DIVISION

**LEO WOODS**                                                                    **PLAINTIFF**

vs.                              **Civil No. 1:20-cv-01011**

**ANDREW SAUL,**                                           **DEFENDANT**
**Commissioner, Social Security Administration**

## JUDGMENT

Comes now the Court on this the 25th day of March 2021, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

                                                     /s/ *Barry A. Bryant*
                                                     HON. BARRY A. BRYANT
                                                     U. S. MAGISTRATE JUDGE